## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALEXANDRO GONZALEZ, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 2:25-cv-01889-WJM-JRA |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, NA, THE BOARD OF DIRECTORS OF JPMORGAN CHASE BANK, NA, JPMORGAN CHASE U.S. BENEFITS EXECUTIVE, THE SELECTION COMMITTEE, THE EMPLOYEE PLANS INVESTMENT COMMITTEE, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P 41(a)(1)(A)(ii), Plaintiff, Alexandro Gonzalez, ("Plaintiff"), and Defendants, JPMorgan Chase Bank, NA, The Board of Directors of JPMorgan Chase Bank, NA, JPMorgan Chase U.S. Benefits Executive, The Selection Committee, and the Employee Plans Investment Committee, (collectively, the "Parties"), hereby stipulate to the dismissal of the above-captioned action with prejudice, and with each party to bear their own costs and fees.

Dated: September 25, 2025          Respectfully submitted,

1

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
N.J. Bar ID No. 02562201
312 Old Lancaster Road
Merion Station, PA 19066
Tel.: (610) 890-0200
Fax: (717) 233-4103
Email: markg@capozziadler.com

*Counsel for Plaintiffs and the
Putative Class*

**MORGAN, LEWIS & BOCKIUS, LLP**

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld
N.J. Bar ID No. 015882000
2222 Market Street
Philadelphia, PA  19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email: jeremy.blumenfeld@morganlewis.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2025, I electronically filed a copy of the foregoing using the CM/ECF system which will send a notification to all counsel of record in this Action.

/s/ Mark K. Gyandoh
Mark K. Gyandoh

So Ordered on 9/29/2025:

William J. Martini, U.S.D.J.

3